AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Angel Sebastian GUERRERO Sanquintin<br><br>_Defendant(s)_ | Case No. 24- 543 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 7, 2024__ in the county of _____ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Reentry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

The United States request Defendant's temporary detention as to defendant(s).

✓ ☐ Continued on the attached sheet.

Reviewed and authorized by
/s/ AUSA Héctor Siaca-Flores

_Complainant's signature_

HSI SA Kevin Romero
_Printed name and title_

Sworn pursuant to FRCP 4.1 at 2:05 PM
by telephone, this 8th day of June 2024.

Date: June 8, 2024

City and state: San Juan, Puerto Rico

Hon. Marcos E. López, U.S. Magistrate Judge
_Printed name and title_